Same case below, 420 Fed. Appx. 821.

**No. 11-5018. Donald Jenner, Petitioner v. Daniel Martuscello, Superintendent, Coxsackie Correctional Facility.**

565 U.S. 885, 132 S. Ct. 259, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5238.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-5020. Felix Cruz Martinez, Petitioner v. L. E. Scribner, Warden.**

565 U.S. 885, 132 S. Ct. 259, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5514,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 263.

**No. 11-5021. Carlos Cuesta-Rodriguez, Petitioner v. Oklahoma.**

565 U.S. 885, 132 S. Ct. 259, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5267.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 241 P.3d 214.

**No. 11-5022. Janelle T. Alexander, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 886, 132 S. Ct. 259, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5254.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 412 Fed. Appx. 719.

**No. 11-5023. George Biggs, Petitioner v. Missouri.**

565 U.S. 886, 132 S. Ct. 259, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5636.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 333 S.W.3d 472.

**No. 11-5025. Joseph L. Arnold, III, Petitioner v. Sean P. Mallon, et al.**

565 U.S. 886, 132 S. Ct. 259, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5443,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5026. Ronnie Lee Bowling, Petitioner v. Philip W. Parker, Warden.**

565 U.S. 886, 132 S. Ct. 260, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5300.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Kentucky denied.